FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE 05 MAY 19  AM 6: 51
WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

CHARLES MCAULEY ADAMS,

     Plaintiff,

v.                                                    No. 03-2975 B

LINCOLN ALLISON REES HODGES, et al.,

     Defendants.

---

ORDER TO SHOW CAUSE WHY DEFENDANT SHELBY COUNTY'S
MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED

---

This lawsuit was brought by the Plaintiff, Charles McAuley Adams, who is represented by counsel, on December 24, 2003, alleging causes of action against numerous defendants, many of which have since been dismissed. On April 12, 2005, the Defendant Shelby County, Tennessee moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. To date, the Plaintiff has failed to respond to the dispositive motion, even though the deadline for such response under the Local Rules of this district has expired. See LR7.2(a)(2) (responses to Rule 56 motions must be filed within 30 days of service of the motion). Indeed, there has been no activity whatever in this case since the motion was filed.

Accordingly, as it appears to the Court that Adams and his counsel have chosen not to pursue the claims against this Defendant, the Plaintiff is ORDERED, within fifteen (15) days of the entry hereof, to show cause why the motion for summary judgment should not be granted. Failure of the Plaintiff to respond in a timely manner to this order may result in dismissal of his claims against Shelby County.

(51)

IT IS SO ORDERED this 18 day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:03-CV-02975 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Paul G. Summers
OFFICE OF THE ATTORNEY GENERAL
425 Fifth Avenue, N
2nd Floor
Nashville, TN 37243--049

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Warner Hodges
HODGES LAW OFFICES
2756 Oak Leigh Lane
Germantown, TN 38138

Lincoln A.R. Hodges
LAW OFFICE OF LINCOLN A.R. HODGES
2294 Germantown Rd., S.
Germantown, TN 38138

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Kimberly J. Dean
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Charles R. Curbo
LAW OFFICE OF CHARLES CURBO
P.O. Box 322
Memphis, TN 38101--032

Tiffany Baker Cox
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

Martha A. Campbell
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT